ALBERT E. BARTLETT, Respondent, v. TOWN OF GEDDES et al., Appellants.

Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.

VIRGINIA BROMLEY, Appellant, v. STATE OF NEW YORK, Respondent.—

Present — Bastow, J. P. Goldman, Halpern, McClusky and Henry, JJ.